**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>Riverside Millworks Co., Inc.</u>

    v.                                          Civil No. 05-cv-402-JM

<u>Jackson Lumber & Millwork Co., Inc., et al.</u>

<u>**ORDER**</u>

The parties are ordered to meet and confer and jointly arrange with the Deputy Clerk a time for the Markman Hearing.

**SO ORDERED.**

                                            /s/ James R. Muirhead
                                            James R. Muirhead
                                            United States Magistrate Judge

Date: May 10, 2007

cc:    Peter G. Callaghan, Esq.
       Alfred C. Frawley, Esq.
       Ashley L. Kirk, Esq.
       Stephen B. Mosier, Esq.
       Lawrence S. Smith, Esq.
       Todd A. Sullivan, Esq.