## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE

Riverside Millworks Co., Inc.

    v.                                                  Civil No. 05-cv-402-JM

Paradigm Window
Solutions, Inc., et al.

### **O R D E R**

Plaintiff's Motion to Compel Production of Documents (Document no. 52) and Motion to Compel Depositions (Document no. 53) are granted in part. The depositions will go forward as agreed to and the objection to the extent of no protective order is overruled as frivolous. Any claims of privilege are to be accompanied by a privilege log forthwith.

The balance of the motion as to discovery is deferred to permit a MEANINGFUL meet and confer and to permit defendants to file an objection. The court expects counsel to work out the discovery to reasonable relevant discovery promptly delivered.

    **SO ORDERED.**

                                          */s/ James R. Muirhead*
                                          James R. Muirhead
                                          United States Magistrate Judge

Date: September 21, 2007
cc:  Counsel of Record