UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Riverside Millworks Co., Inc.

        v.                                      Civil No. 05-cv-402-JM

Jackson Lumber & Millwork Co., Inc. et al.

## ORDER

Pursuant to the court's order dated February 14, 2008, and the failure of corporate plaintiff to appear by counsel within thirty days, default is hereby entered as to Plaintiff's claims and the complaint is dismissed.

Counter Defendant Riverside Millworks Co., Inc. is hereby defaulted for failure to appear by counsel in all counterclaims, other than Applicators Sales & Service, Inc.'s counterclaim relating to trade libel (Count III) for which counsel has appeared and remains pending.

A damages hearing will be scheduled upon adjudication of all remaining claims or parties.

SO ORDERED.

April 1, 2008

                                                   James R. Muirhead
                                                   United States Magistrate Judge

cc:    Lawrence S. Smith, Esq.
        Alfred C. Frawley, Esq.
        Peter G. Callaghan, Esq.
        Christina J. Moser, Esq.
        Thomas H. Shunk, Esq.