UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Riverside Millworks Co., Inc.</u>

    v.                                        Civil No. 05-cv-402-JM

<u>Jackson Lumber &
Millwork Co., Inc. et al.</u>

**O R D E R**

Plaintiff – counterclaim defendant has been defaulted on all claims except Claim III of the counterclaim (for trade libel). The following motions are therefore deemed moot:

1. Doc. no. 54, Motion for Summary Judgment;

2. Doc. no. 56, Motion to Compel;

3. Doc. no. 61, Motion to Intervene;

4. Doc. no. 76, Motion to Strike;

5. Doc. no. 93, Motion to Amend Response; and

6. Markman Claims Construction.

**SO ORDERED.**

                                        /s/ James R. Muirhead
                                        James R. Muirhead
                                        United States Magistrate Judge

Date: April 4, 2008

cc:  Lawrence S. Smith, Esq.
     Alfred C. Frawley, Esq.
     Peter G. Callaghan, Esq.
     Christina J. Moser, Esq.
     Thomas H. Shunk, Esq.